

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

June 17, 1953

Hon. W. P. Herms, Jr.          Opinion No. S-53
County Auditor
Waller County                  Re: Legality of renting a
Hempstead, Texas                   truck owned by an hourly
                                   employee of the County
                                   Road and Bridge Department
                                   for use in that depart-
Dear Sir:                          ment's operations.

You have asked the following question:

"Can the County, through its Commis-
sioners' Court, rent a truck owned by an
employee of its road and bridge department,
the truck to be used by the County in its
road and bridge department's operations?"

Article 373, Vernon's Penal Code, makes it
a violation of the law for an officer of a county to
become pecuniarily interested in a contract made by such
county.

There is a distinction between an employee
and an officer of a county. Commissioners' Court of
Limestone County v. Garrett, 236 S.W. 970 (Tex.Comm.
App. 1922).

You have informed us that the employee is re-
gularly employed by the county on an hourly basis.

We agree with the conclusion of your County
Attorney that the employee involved is not an officer,
and Article 373, Vernon's Penal Code, does not apply
to him. Therefore, the county may rent a truck owned
by the employee to be used by the county in its road
and bridge department's operations.

## SUMMARY

Waller County's Commissioners' Court
may rent a truck owned by an employee of
the county for the use in its road and
bridge department's operations.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

SCR:am

JOHN BEN SHEPPERD
Attorney General

By *Sam C. Ratliff*
Sam C. Ratliff
Assistant